```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

JACK L. NELSON,                    )
                                   )
    Plaintiff,                     )    8:04CV596
                                   )
    v.                             )
                                   )
TIMOTHY DUNNING, et al.,           )    ORDER
                                   )
    Defendant.                     )


    This case has been assigned to the undersigned for judicial supervision and processing of all pretrial matters.

    IT THEREFORE HEREBY IS ORDERED,

    Paragraph 7 of the Order Setting Schedule for Initial Progression of Case dated February 11, 2005 (filing 15) is amended to reflect that the planning conference will be by **telephone** with the undersigned magistrate judge. The telephone conference is set for June 10, 2005 at 9:00 a.m. **Plaintiff's counsel shall initiate the call to chambers at 402-437-5235**.

    Dated April 22, 2005.

                                  BY THE COURT

                              s/ *David L. Piester*

                              David L. Piester
                              United States Magistrate Judge