```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| JACK J. NELSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV596 |
| | ) | |
| v. | ) | |
| | ) | |
| TIMOTHY DUNNING, ROBERT | ) | ORDER |
| HOUSTON, and DOUGLAS, COUNTY | ) | |
| OF NEBRASKA, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1. Plaintiff's motion to enlarge time, filing 39, is granted.

2. Jury trial is continued to 9:00 a.m., July 10, 2006 for a duration of ten (10) days before the Honorable Richard G. Kopf in the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, **Omaha**, Nebraska. Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week. Jury selection will be held at commencement of trial.

3. The pretrial conference is continued to June 27, 2006 at 9:00 a.m. before the undersigned magistrate judge in the chambers of the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, **Omaha**, Nebraska.

4. The deposition deadline is continued to June 13, 2006, and other deadlines which use the deposition deadline as a point of reference are extended accordingly.

5. All other provisions of the court's order setting this case for trial shall remain in effect.

DATED this 22nd day of September, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge