IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JACK J. NELSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV596 |
| | ) | |
| v. | ) | |
| | ) | |
| TIMOTHY DUNNING, ROBERT HOUSTON, and DOUGLAS, COUNTY OF NEBRASKA, | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1. The plaintiff's unopposed motion for leave to file a second amended complaint, filing 41, is granted.

2. On or before December 2, 2005, the plaintiff shall file his proposed second amended complaint, a copy of which is attached to his filing 41 motion.

DATED this 29th day of November, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge