IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JACK J. NELSON, | ) | CASE NO. 8:04CV596 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| TIMOTHY DUNNING, Sheriff of Douglas County, ROBERT HOUSTON, Director of Douglas County Corrections, and COUNTY OF DOUGLAS, NEBRASKA, | ) ) ) ) ) ) | |
| Defendants. | ) | |

    THIS MATTER coming before the Court on the Plaintiff's Motion for Enlargement of Time (Filing No. 56) requesting an Order for an Extension of Time to allow Plaintiff to file his Statement of Expert Witnesses. Just cause for the Motion being demonstrated, the Court finds that Plaintiff's Motion to Enlarge Time should be granted.

    IT IS THEREFORE ORDERED that the Plaintiff's Motion shall be granted and the Plaintiff's Statement of Expert Witnesses shall be filed by April 20, 2006.

    Dated this 13th day of April, 2006.

                               BY THE COURT

                               s/ *David L. Piester*
                               David L. Piester
                               United States Magistrate Judge