IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JACK J. NELSON, | ) | CASE NO. 8:04CV596 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| | ) | **PROPOSED ORDER** |
| vs. | ) | |
| | ) | |
| TIMOTHY DUNNING, Sheriff of Douglas | ) | |
| County, ROBERT HOUSTON, Director | ) | |
| of Douglas County Corrections, and | ) | |
| COUNTY OF DOUGLAS, NEBRASKA, | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER coming before the Court on the Joint Motion to Reschedule Pretrial Conference (Filing No. 92) requesting the Court to grant an Order rescheduling the pretrial conference date in the above matter; and the Court finds that, for good cause shown, the Joint Motion should be granted.

IT IS THEREFORE ORDERED that the Joint Motion to Reschedule Pretrial Conference is hereby granted and pretrial conference in the above matter shall be rescheduled to June 26, 2006 at 10:00 a. m.

DATED THIS 19th day of May, 2006.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge