IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JACK J. NELSON,<br><br>  Plaintiff,<br><br>vs.<br><br>TIMOTHY DUNNING, Sheriff of<br>Douglas County, ROBERT HOUSTON,<br>Director of Douglas County Corrections,<br>and COUNTY OF DOUGLAS,<br>NEBRASKA,<br><br>  Defendants. | CASE NO. 8:04CV596<br><br>**ORDER** |

THIS MATTER coming before the court on the plaintiff's Motion For Extension of Time (Filing No. 98) requesting an extension in which to file his response to defendant's Motion for Summary Judgment from June 1, 2006, to June 8, 2006. Just cause for the Motion being demonstrated and there being no objection hereto by the defendants, the court finds plaintiff's Motion For Extension of Time should be granted.

IT IS ORDERED:

1. The time in which to file plaintiff's response to defendant's Motion for Summary Judgment is extended to June 8, 2006.

Dated this 23rd day of May, 2006.

            BY THE COURT:

            s/ William Jay Riley
            United States Circuit Judge
            (Sitting by Designation)