IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JACK NELSON, ) | |
| ) | |
| Plaintiff, ) | 8:04 CV 596 |
| ) | |
| v. ) | |
| ) | |
| ) | |
| TIMOTHY DUNNING, Sheriff, et al., ) | ORDER |
| ) | |
| Defendants. ) | |

    Upon consideration of the plaintiff's motion to amend index of evidence,

    IT IS ORDERED, The motion, filing 113, is granted.

DATED June 27, 2006

                                         BY THE COURT:

                                         s/ *David L. Piester*
                                       United States Magistrate Judge