IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JACK NELSON, | ) | CASE NO. 8:04CV596 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| | ) | |
| | ) | |
| TIMOTHY DUNNING, Sheriff of Douglas | ) | |
| County, ROBERT HOUSTON, Director of | ) | |
| Douglas County Corrections, and COUNTY | ) | |
| OF DOUGLAS, NEBRASKA, | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER coming before the Court on Plaintiff's Motion to Strike (Filing No. 137) granting her Motion to Strike Filing No. 136 and to re-file the correct document. The Court, being duly advised in the premises, finds that said Motion should be granted.

IT IS, THEREFORE, ORDERED that Plaintiff's Motion to Strike Filing No.136 is granted.

Dated this 13th day of July, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge