IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JACK J. NELSON, | ) | CASE NO. 8:04CV596 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| TIMOTHY DUNNING, Sheriff of | ) | |
| Douglas County, ROBERT HOUSTON, | ) | |
| Director of Douglas County Corrections, | ) | |
| and COUNTY OF DOUGLAS, | ) | |
| NEBRASKA, | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the court on the plaintiff's Motion to Continue Trial (Filing No. 142). The plaintiff filed a Chapter 13 Bankruptcy on or about October 23, 2003, and listed the above action on Schedule B as Personal Property of the Debtor. The parties settled the above action on August 2, 2006, pending approval of the settlement by the Bankruptcy Court. Just cause for the motion being demonstrated, and there being no objection hereto by the defendants, the court grants the plaintiff's Motion to Continue Trial.

IT IS ORDERED:

1. The plaintiff's Motion to Continue Trial (Filing No. 142) is GRANTED. The current trial date set for the week of August 14, 2006, is continued pending approval of the settlement by the Bankruptcy Court until September 11, 2006.

Dated this 7th day of August, 2006.

BY THE COURT:

/s/ William Jay Riley
United States Circuit Judge
(Sitting by Designation)