IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JACK J. NELSON, | CASE NO. 8:04CV596 |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL** |
| TIMOTHY DUNNING, Sheriff of Douglas County, ROBERT HOUSTON, Director of Douglas County Corrections, and COUNTY OF DOUGLAS, NEBRASKA, | |
| Defendants. | |

This matter is before the court on the parties' stipulation for dismissal with prejudice (Filing No. 144). The court, being fully advised in the premises, finds the stipulation for dismissal should be granted.

IT IS ORDERED:

1. The parties' stipulation for dismissal (Filing No. 144) is GRANTED. All claims, counterclaims, and any other claims brought by or against any party to this action are dismissed with prejudice, with each party to pay its own costs.

DATED this 14th day of September, 2006.

BY THE COURT:

/s/ William Jay Riley
United States Circuit Judge
(Sitting by Designation)